# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FRESH MIX, LLC,

      Plaintiff(s),

v.

PISANELLI BICE, PLLC, et al.,

      Defendant(s).

Case No. 2:24-cv-00397-JCM-NJK

**Order**

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff has not filed a certificate of interested parties. Plaintiff must file a certificate of interested parties by March 13, 2024.

IT IS SO ORDERED.

Dated: March 6, 2024

_____
Nancy J. Koppe
United States Magistrate Judge