J. Randall Jones, Esq. (#1927)
r.jones@kempjones.com
Nathanael R. Rulis, Esq. (#11259)
n.rulis@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
*Attorneys for Defendants*
*Cohen Dowd Quigley PC,*
*Ronald J. Cohen, Betsy Lamm,*
*Daniel Quigley, and Jenna Brownlee*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRESH MIX, LLC<br><br>Plaintiff,<br><br>v.<br><br>PISANELLI BICE, PLLC, a Nevada Law Firm and Professional Limited Liability Company, JAMES P. PISANELLI, ESQUIRE, an individual, DEBRA L. SPINELLI, ESQUIRE, an individual, AVA SCHAEFER, ESQUIRE, an individual, COHEN DOWD QUIGLEY PC, an Arizona Law Firm and Professional Corporation, RONALD J. COHEN, an individual, BETSY LAMM, an individual, DANIEL QUIGLEY, an individual, JENNA BROWNLEE, an individual, BRUCE A. LESLIE, CHTD, A Nevada Firm, BRUCE A. LESLIE, an individual; BROWNSTEIN HYATT FARBER SCHRECK LLP; a Colorado Limited Liability Partnership; SAMUEL A. SCHWARTZ, an individual, and SCHWARTZ LAW, PLLC, and ZACHARIAH LARSON, an individual, and LARSON & ZIRZOW, LLC<br><br>Defendants. | Case No.:   2:24-cv-00397 JCM-NJK<br><br>**STIPULATION AND ORDER REGARDING COHEN DOWD QUIGLEY DEFENDANTS' ACCEPTANCE OF SERVICE OF THE COMPLAINT AND DEADLINE FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Defendants Cohen Dowd Quigley PC, Ronald J. Cohen, Betsy Lamm, Daniel Quigley, and Jenna Brownlee (the "CDQ Defendants"), and Plaintiff Fresh Mix, LLC (hereinafter the "Parties"), hereby agree and stipulate as follows:

1

1. On February 27, 2024, Plaintiff Fresh Mix, LLC filed its Complaint against Defendants. ECF No. 1.

2. On March 12, 2024, Plaintiff Fresh Mix, LLC filed an Amended Complaint in this action. ECF No. 8.

3. Defendants Cohen Dowd Quigley PC, Betsy Lamm, and Daniel Quigley were served with the Amended Complaint on or about March 26, 2024.

4. Counsel for the Defendants, J. Randall Jones, Esq. and Nathanael R. Rulis, Esq. of Kemp Jones, LLP is authorized to and has agreed to accept service of the Amended Complaint on behalf of Defendants Ronald J. Cohen and Jenna Brownlee, on April 5, 2,024.

5. The Parties have mutually agreed and stipulate to extend the time period for filing a responsive pleading for the CDQ Defendants. Accordingly, the CDQ Defendants will file a responsive pleading on or before May 3, 2024. This is the first request for an extension of time to respond to the Amended Complaint.

6. This extension is requested to provide the CDQ Defendants with sufficient time to review and respond Plaintiff's allegations. This stipulation does not constitute a waiver of any rights or defenses the CDQ Defendants may have in responding to Plaintiff's Amended Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

2

7. The Parties stipulation to extend the time to file a responsive pleading is submitted in good faith and is not intended to cause any undue delay or prejudice to any party.

DATED this 5th day of April, 2024.

**FRESH MIX, LLC**

By its attorneys,

/s/ Matthew Sharp
Matthew Sharp, Esq. (#4746)
MATTHEW L. SHARP, LTD.
432 Ridge St.
Reno, NV 89502
mat@mattsharplaw.com

Steven K. Eisenberg, Esq.
*Admitted Pro Hac Vice*
STERN & EISENBERG, P.C.
1581 Main Street, Ste. 200
Warrington, PA 18976
seisenberg@sterneisenberg.com

DATED this 5th day of April, 2024.

**THE CDQ DEFENDANTS**

By their attorneys,

/s/ Nathanael Rulis
J. Randall Jones, Esq. (#1927)
Nathanael R. Rulis, Esq. (#11259)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
r.jones@kempjones.com
n.rulis@kempjones.com

**IT IS SO ORDERED**:

_____
United States Magistrate Judge

DATED: April 8, 2024