John H. Mowbray
NV Bar No. 1140
**SPENCER FANE LLP**
300 South 4th Street, Ste. 950
Las Vegas, NV 89101
Telephone: 702.408.3400
jmowbray@spencerfane.com

*Attorneys for Defendants Bruce A. Leslie, Chtd
and Bruce A. Leslie*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRESH MIX, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>PISANELLI BICE, PLLC, a Nevada Law Firm and Professional Limited Liability Company, JAMES P. PISANELLI, ESQUIRE, an individual, DEBRA L. SPINELLI, ESQUIRE, an individual, COHEN DOWD QUIGLEY PC, an Arizona Law Firm and Professional Corporation, RONALD J. COHEN, an individual, BETSY LAMM, an individual, DANIEL QUIGLEY, an individual, BRUCE A. LESLIE, CHTD, A Nevada Firm, BRUCE A. LESLIE, an individual; BROWNSTEIN HYATT FARBER SCHRECK LLP; a Colorado Limited Liability Partnership; SAMUEL A. SCHWARTZ, an individual, and SCHWARTZ LAW, PLLC, and ZACHARIAH LARSON, an individual , and LARSON & ZIRZOW, LLC and DOES 1 through 25; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>          Defendants. | Case No. 2:24-CV-00397 JCM-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR BAL DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

    Defendants Bruce A. Leslie, Chtd., and Bruce A. Leslie (collectively "BAL Defendants"), and Plaintiff Fresh Mix, LLC, through their respective counsel, stipulate and agree that the BAL Defendants may have an extension until May 6, 2024 to respond to the Amended Complaint in this matter. This is the BAL Defendants' first request for an extension of time to respond to the Amended Complaint. The purpose of this extension is to give the BAL Defendants sufficient time to review and respond to Plaintiff's allegations. This stipulation is submitted in good faith and is

not intended to cause any undue delay or prejudice to any party. This stipulation is not a wavier of any substantive rights or defenses.

These parties further stipulate and agree that the Court may enter the order accompanying this stipulation that grants the BAL Defendants until May 6, 2024 to respond to the Amended Complaint.

DATED: April 9, 2024.

**SPENCER FANE LLP**

By: /s/ John H. Mowbray
John H. Mowbray
NV Bar No. 1140
*Attorneys for Defendants Bruce A. Leslie, Chtd and Bruce A. Leslie*

**MATTHEW L. SHARP, LTD.**

By: /s/ Matthew Sharp
Matthew Sharp
NV Bar No. 4746
432 Ridge Street
Reno, NV 89502

And

Steven K. Eisenberg
*Admitted Pro Hac Vice*
**STERN & EISENBERG, P.C.**
*Attorneys for Plaintiff Fresh Mix, LLC*
*(Signature added by counsel for BAL Defendants pursuant to permission granted by email dated 4/8/24)*

**ORDER**

Pursuant to the stipulation of Defendants Bruce A. Leslie, Chtd., and Bruce A. Leslie (collectively "BAL Defendants"), and Plaintiff Fresh Mix, LLC, the BAL Defendants shall have until May 6, 2024 to respond to the Amended Complaint in this matter.

IT IS SO ORDERED.
Dated: April 9, 2024

.   _____
Nancy J. Koppe
United States Magistrate Judge