**REID RUBINSTEIN & BOGATZ**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
MICHAEL S. KELLEY, ESQ.
Nevada Bar No. 10101
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
*Attorneys for Defendants*
*Samuel A. Schwartz, and*
*Schwartz Law, PLLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRESH MIX, LLC<br><br>Plaintiff,<br><br>vs.<br><br>PISANELLI BICE, PLLC, a Nevada Law Firm and Professional Limited Liability Company, JAMES P. PISANELLI, ESQUIRE, an individual, DEBRA L. SPINELLI, ESQUIRE, an individual, AVA SCHAEFER, ESQUIRE, an individual, COHEN DOWD QUIGLEY PC, an Arizona Law Firm and Professional Corporation, RONALD J. COHEN, an individual, BETSY LAMM, an individual, DANIEL QUIGLEY, an individual, JENNA BROWNLEE, an individual, BRUCE A. LESLIE, CHTD, a Nevada Firm, BRUCE A. LESLIE, an individual, BROWNSTEIN HYATT FARBER SHCRECK LLP; a Colorado Limited Liability Partnership; SAMUEL A. SCHWARTZ, an individual, and SCHWARTZ LAW, PLLC, and ZACHARIAH LARSON, an individual, and LARSON & ZIRZOW, LLC<br><br>Defendants. | Case No.: 2:24-cv-00397 JCM-NJK<br><br>**STIPULATON AND ORDER REGARDING SCHWARTZ DEFENDANTS' ACCEPTANCE OF SERVICE OF THE COMPLAINT AND DEADLINE FOR SCHWARTZ DEFENDANTS TO FILE A RESPONSIVE PLEADING**<br><br>**FIRST REQUEST** |

Defendants' Samuel A. Schwartz and Schwartz Law, PLLC (the "Schwartz Defendants") and Plaintiff Fresh Mix, LLC (hereinafter the "Parties"), hereby agree and stipulate as follows:

REID RUBINSTEIN & BOGATZ<br>300 South 4th Street, Suite 830<br>Las Vegas, Nevada 89101<br>(702) 776-7000 | FAX: (702) 776-7900

1.     On February 27, 2024, Plaintiff Fresh Mix, LLC filed its Complaint against Defendants. ECF No. 1.

2.     On March 12, 2024, Plaintiff Fresh Mix, LLC filed an Amended Complaint in this action. ECF No. 8.

3.     Counsel for the Schwartz Defendants, I. Scott Bogatz, Esq. of Reid Rubinstein & Bogatz is authorized to and has agreed to accept service of the Amended Complaint on behalf of Defendants Samuel A. Schwartz and Schwartz Law, PLLC, on April 9, 2024.

4.     The Parties have mutually agreed and stipulate to extend the time period for filing a responsive pleading for the Schwartz Defendants. Accordingly, the Schwartz Defendants will file a responsive pleading on or before May 3, 2024. This is the first request for an extension of time to respond to the Amended Complaint.

5.     This extension is requested to provide the Schwartz Defendants with sufficient time to review and respond to Plaintiff's allegations, the Schwartz Defendants' counsel, Reid, Rubinstein & Bogatz, having been formally retained through the mutual execution of an engagement agreement on April 3, 2024. This stipulation does not constitute a waiver of any rights or defenses the Schwartz Defendants may have in responding to Plaintiff's Amended Complaint.

///
///
///
///
///
///
///
///
///
///

6. The Parties stipulation to extend the time to file a responsive pleading is submitted in good faith and is not intended to cause any undue delay or prejudice to any party.

DATED this 9th day of April, 2024.
**FRESH MIX, LLC**

/s/ Steven K. Eisenberg
Matthew Sharp, Esq. (#4746)
MATTHEW L. SHARP, LTD.
432 Ridge St.
Reno, NV 89502
mat@mattsharplaw.com

Steven K. Eisenberg, Esq.
*Admitted Pro Hac Vice*
STERN & EISENBERG, P.C.
1581 Main Street, Suite 200
Warrington, PA 18976
seisenberg@sterneisenberg.com

DATED this 9th day of April, 2024.
**SAMUEL A. SCHWARTZ**
**SCHWARTZ LAW, PLLC**

/s/ Scott Bogatz
I. Scott Bogatz, Esq. (#3367)
Michael S. Kelley, Esq. (#10101)
REID RUBINSTEIN & BOGATZ
300 South 4th Street, Suite 830
Las Vegas, NV 89101
sbogtaz@rrblf.com
mkelley@rrblf.com

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED:  April 10, 2024

REID RUBINSTEIN & BOGATZ
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
(702) 776-7000 | FAX: (702) 776-7900