1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  JOSHUA P. GILMORE
   Nevada Bar No. 11576
3  REBECCA L. CROOKER
   Nevada Bar No. 15202
4  BRENNA C. IRVING
   Nevada Bar No. 16552
5  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
6  Las Vegas, Nevada 89148-1302
   Telephone:  702.562.8820
7  Facsimile:  702.562.8821
   DKennedy@BaileyKennedy.com
8  JGilmore@BaileyKennedy.com
   RCrooker@BaileyKennedy.com
9  BIrving@BaileyKennedy.com

10 *Attorneys for Defendant*
   BROWNSTEIN HYATT FARBER
11 SCHRECK LLP

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRESH MIX, LLC,<br><br>              Plaintiff,<br><br>       vs.<br><br>PISANELLI BICE, PLLC, a Nevada Law Firm and Professional Limited Liability Company, JAMES P. PISANELLI, ESQUIRE, an individual, DEBRA L. SPINELLI, ESQUIRE, an individual, AVA SCHAEFER, ESQUIRE, an individual, COHEN DOWD QUIGLEY PC, an Arizona Law Firm and Professional Corporation, RONALD J. COHEN, an individual, BETSY LAMM, an individual, DANIEL QUIGLEY, an individual, JENNA BROWNLEE, an individual, BRUCE A. LESLIE, CHTD, A Nevada Firm, BRUCE A. LESLIE, an individual; BROWNSTEIN HYATT FARBER SCHRECK LLP; a Colorado Limited Liability Partnership; SAMUEL A. SCHWARTZ, an individual, and SCHWARTZ LAW, PLLC, and ZACHARIAH LARSON, an individual , and LARSON & ZIRZOW, LLC,<br><br>              Defendants. | Case No.  2:24-cv-00397-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT BROWNSTEIN HYATT FARBER SCHRECK LLP TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

In accordance with Local Rules 7-1 and IA 6-1, Defendant Brownstein Hyatt Farber Schreck LLP ("BHFS") and Plaintiff Fresh Mix, LLC ("Fresh Mix") stipulate as follows:

1. On February 27, 2024, Fresh Mix filed its initial Complaint [ECF No. 1];

2. On March 12, 2024, Fresh Mix filed its Amended Complaint [ECF No. 8];

3. On March 20, 2024, BHFS was served with a copy of the Amended Complaint;

4. Presently, BHFS has until April 10, 2024 to respond to the Amended Complaint, *see* Fed. R. Civ. Proc. 15(a)(3);

5. Given the significant number of filings and court orders to review from the underlying bankruptcy and state court action, and the length of the Amended Complaint (203 pages, including exhibits), additional time is needed for BHFS to adequately review and respond;

6. Fresh Mix and BHFS agree to extend the deadline for BHFS to respond to the Amended Complaint until May 3, 2024; and

7. This is the first request to extend the deadline for BHFS to respond to the Amended Complaint and is sought in good faith and not for purposes of delay.

Dated this 9th day of April, 2024.

BAILEY❖KENNEDY

By: */s/ Joshua P. Gilmore*
   DENNIS L. KENNEDY
   JOSHUA P. GILMORE
   REBECCA L. CROOKER
   BRENNA C. IRVING

*Attorneys for Defendant*
BROWNSTEIN HYATT FARBER
SCHRECK LLP

Dated this 9th day of April, 2024.

LAW OFFICE OF MATTHEW L. SHARP

By: */s/ Matthew L. Sharp*
   MATTHEW L. SHARP (Bar No. 4746)

- and -

STEVEN K. EISENBERG (*pro hac vice*)
STERN & EISENBERG, P.C.

*Attorneys for Plaintiff*
Fresh Mix, LLC

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: April 18, 2024