Matthew Sharp, Esq.
Nevada State Bar No. 4746
**Matthew L. Sharp, Ltd.**
432 Ridge Street
Reno, Nevada 89501
Phone: (775) 324-1500
matt@mattsharplaw.com

Steven K. Eisenberg, Esq.
*Admitted Pro Hac Vice*
**STERN & EISENBERG, P.C.**
1581 Main Street, Suite 200
Warrington, Pennsylvania 18976
Phone: (215) 572-8111
seisenberg@sterneisenberg.com
*Counsel for Fresh Mix LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRESH MIX, LLC<br><br>  Plaintiff,<br><br>vs.<br><br>PISANELLI BICE, PLLC, et al.,<br><br>  Defendant(s). | Case No: 2:24-cv-00397-JCM-NJK<br><br>**STIPULATION (AND ORDER) TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**FIRST REQUEST** |

Pursuant to LR IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, the parties, by and through their attorneys, stipulate and agree to extend time in which to file Plaintiffs' Opposition to Defendants' Motion to Dismiss (Doc. No. 34). The Motion was filed on April 10, 2024 and the Opposition is due on April 24, 2024. The parties stipulate and request an extension of time for Plaintiffs to file the Opposition to Motion to Dismiss on or before May 8, 2024.

1 This is the first stipulation and not being done for purposes of delay.  Defendants Pisanelli Bice, James Pisanelli, Debra L. Spinelli, and Ava Schaefer have filed a Motion to Dismiss that raise various legal arguments. Plaintiff's counsel needs additional time to respond to the many legal issues raised in the Defendants' motion.

The parties herein stipulate and agree that this Court may enter an Order for Plaintiff's Opposition to Motion to Dismiss would be due on or before May 8, 2024.

DATED this 23rd day of April 2024.

**MATTHEW L. SHARP, LTD.**

/s/  Matthew L. Sharp
Matthew L. Sharp, Esq.
Nevada State Bar No. 4746
matt@mattsharplaw.com
432 Ridge Street
Reno, NV  89501
Telephone: 775-324-1500
*Attorney for Plaintiff*

DATED this 23rd day of April 2024.

**CAMPBELL & WILLIAMS**

*/s/*  Philip R. Erwin
J. Colby Williams, Esq.
jcw@cwlawlv.com
Philip R. Erwin, Esq.
pre@cwlawlv.com
710 S. Seventh St., Ste. A
Las Vegas, NV  89101
Telephone: 702-382-5222
*Attorney for Defendants Pisanelli Bice, PLLC, James P. Pisanelli, Debra L. Spinelli, And Ava Schaefer*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 24, 2024

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of MATTHEW L. SHARP, LTD., and that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

>J. Colby Williams, Esq.
>jcw@cwlawlv.com
>Philip R. Erwin, Esq.
>pre@cwlawlv.com
>710 S. Seventh St., Ste. A
>Las Vegas, NV  89101
>*Attorney for Defendants Pisanelli Bice, PLLC,*
>  *James P. Pisanelli, Debra L. Spinelli,*
>  *And Ava Schaefer*

DATED this 23rd day of April 2024.

/s/ Cristin B. Sharp
An Employee of Matthew L. Sharp, Ltd.

3