# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRESH MIX, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>PISANELLI BICE, PLLC, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00397-JCM-NJK<br><br>**Order**<br><br>[Docket No. 56] |

Pending before the Court is Plaintiff's notice of Rule 26(f) conference. Docket No. 56. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: May 7, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1