Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
*Attorneys for Defendants*
*Zachariah Larson and Larson & Zirzow, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRESH MIX, LLC, | Case No. 2:24-cv-00397-JCM-NJK |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' ZACHARIAH LARSON'S AND LARSON & ZIRZOW, LLC'S MOTION TO DISMISS FRESH MIX, LLC'S FIRST AMENDED COMPLAINT** |
| PISANELLI BICE, PLLC, a Nevada Law Firm and Professional Limited Liability Company, JAMES P. PISANELLI, ESQUIRE, an individual, DEBRA L. SPINELLI, ESQUIRE, an individual, AVA SCHAEFER, ESQUIRE, an individual, COHEN DOWD QUIGLEY PC, an Arizona Law Firm and Professional Corporation, RONALD J. COHEN, an individual, BETSY LAMM, an individual, DANIEL QUIGLEY, an individual, JENNA BROWNLEE, an individual, BRUCE A. LESLIE, CHTD, A Nevada Firm, BRUCE A. LESLIE, an individual; BROWNSTEIN HYATT FARBER SCHRECK LLP; a Colorado Limited Liability Partnership; SAMUEL A. SCHWARTZ, an individual, and SCHWARTZ LAW, PLLC, and ZACHARIAH LARSON, an individual , and LARSON & ZIRZOW, LLC | **(First Request)** |
| Defendant(s). | |

Pursuant to Local Rules IA 6-1 and 6-2 and 7-1, IT IS HEREBY STIPULATED AND AGREED between Plaintiff Fresh Mix LLC and Defendants Zachariah Larson and Larson & Zirzow, LLC (collectively "Larson"), by and through the undersigned counsel of record, that Larson shall have additional time to file their Reply in Support of their Motion to Dismiss Fresh Mix, LLC's First Amended Complaint. Larson's Motion to Dismiss (ECF No. 42) was filed on April 30, 2024

296999711v.2

and Plaintiff's Opposition (ECF No. 69) was filed on May 14, 2024. The original deadline for Larson's Reply, which is May 20, 2024, is hereby extended to May 31, 2024.

Good cause exists for this extension. Larson requires additional time to prepare a Reply in Support of their Motion to Dismiss as the undersigned counsel for Larson will be out of the office beginning May 17, 2024 and will not return until May 25, 2024.

This is the first stipulation for an extension of time to file this Reply. This Stipulation is not made for purposes of delay.

DATED this 16th day of May, 2024.

| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | STERN & EISENBERG, PC |
|---|---|
| By: */s/ Sheri M. Thome*<br>Sheri M. Thome, Esq.<br>Nevada Bar No. 008657<br>Attorneys for Zachariah Larson and Larson & Zirzow, LLC | By: */s/ Steven K. Eisenberg*<br>Steven K. Eisenberg, Esq.<br>*Admitted Pro Hac Vice*<br><br>MATTHEW L. SHARP LTD.<br>Matthew L. Sharp, Esq.<br>Nevada Bar No. 004746<br>Attorneys for Plaintiff Fresh Mix, LLC |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 20, 2024

-2-

296999711v.2