J. Randall Jones, Esq. (#1927)
r.jones@kempjones.com
Nathanael R. Rulis, Esq. (#11259)
n.rulis@kempjones.com
Joseph D. Laurita, Esq. (#16267)
j.laurita@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
*Attorneys for Defendants*
*Cohen Dowd Quigley P.C.,*
*Ronald J. Cohen, Betsy Lamm,*
*Daniel Quigley, and Jenna Brownlee*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRESH MIX, LLC<br><br>Plaintiff,<br><br>v.<br><br>PISANELLI BICE, PLLC, a Nevada Law Firm and Professional Limited Liability Company, JAMES P. PISANELLI, ESQUIRE, an individual, DEBRA L. SPINELLI, ESQUIRE, an individual, AVA SCHAEFER, ESQUIRE, an individual, COHEN DOWD QUIGLEY PC, an Arizona Law Firm and Professional Corporation, RONALD J. COHEN, an individual, BETSY LAMM, an individual, DANIEL QUIGLEY, an individual, JENNA BROWNLEE, an individual, BRUCE A. LESLIE, CHTD, A Nevada Firm, BRUCE A. LESLIE, an individual; BROWNSTEIN HYATT FARBER SCHRECK LLP; a Colorado Limited Liability Partnership; SAMUEL A. SCHWARTZ, an individual, and SCHWARTZ LAW, PLLC, and ZACHARIAH LARSON, an individual, and LARSON & ZIRZOW, LLC<br><br>Defendants. | Case No.:   2:24-cv-00397 JCM-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS COHEN DOWD QUIGLEY P.C., RONALD J. COHEN, BETSY LAMM, DANIEL QUIGLEY, AND JENNA BROWNLEE'S MOTION TO DISMISS PLAINTIFF FRESH MIX'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12 (ECF NO. 51)**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and 6-2 and 7-1, IT IS HEREBY STIPULATED AND AGREED between Plaintiff Fresh Mix, LLC and Defendants Cohen Dowd Quigley P.C., Ronald J. Cohen, Betsy Lamm, Daniel Quigley, and Jenna Brownlee (collectively, the "CDQ Defendants"), by and through the undersigned counsel of record, that the CDQ Defendants shall have additional time to file their Reply in Support of their Motion to Dismiss Fresh Mix's First Amended Complaint Pursuant to Fed. R. Civ. P. 12. The CDQ Defendant's Motion to Dismiss (ECF No. 51) was filed on May 3, 2024 and Plaintiff's Opposition (ECF No. 73) was filed on May 17, 2024. The original deadline for the CDQ Defendants' Reply, which is May 24, 2024, is hereby extended to June 3, 2024.

Good cause exists for this extension. The CDQ Defendants require additional time to prepare a Reply in Support of their Motion to Dismiss as the undersigned counsel for the CDQ Defendants will be in depositions every day for the next week-and-a-half for an unrelated Nevada state court case.

This is the first stipulation for an extension of time to file this Reply. This Stipulation is not made for purposes of delay.

DATED this 21st day of May, 2024.

| KEMP JONES, LLP | STERN & EISENBERG, PC |
|---|---|
| */s/ Nathanael Rulis* | */s/ Matthew Sharp* |
| J. Randall Jones, Esq. (#1927) | Steven K. Eisenberg, Esq. |
| Nathanael R. Rulis, Esq. (#11259) | *Admitted Pro Hac Vice* |
| Joseph D. Laurita, Esq. (#16267) | |
| 3800 Howard Hughes Parkway, 17th Floor | MATTHEW L. SHARP LTD. |
| Las Vegas, Nevada 89169 | Matthew L. Sharp, Esq. |
| *Attorneys for Defendants* | Nevada Bar No. 004746 |
| *Cohen Dowd Quigley P.C.,* | *Attorneys for Plaintiff* |
| *Ronald J. Cohen, Betsy Lamm,* | *Fresh Mix, LLC* |
| *Daniel Quigley, and Jenna Brownlee* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 22, 2024

1