1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  JOSHUA P. GILMORE
   Nevada Bar No. 11576
3  REBECCA L. CROOKER
   Nevada Bar No. 15202
4  **BAILEY✧KENNEDY**
   8984 Spanish Ridge Avenue
5  Las Vegas, Nevada 89148-1302
   Telephone:  702.562.8820
6  Facsimile:  702.562.8821
   DKennedy@BaileyKennedy.com
7  JGilmore@BaileyKennedy.com
   RCrooker@BaileyKennedy.com

*Attorneys for Defendant*
BROWNSTEIN HYATT FARBER
SCHRECK LLP

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FRESH MIX, LLC,

                Plaintiff,

vs.

PISANELLI BICE, PLLC, a Nevada Law Firm and Professional Limited Liability Company, JAMES P. PISANELLI, ESQUIRE, an individual, DEBRA L. SPINELLI, ESQUIRE, an individual, AVA SCHAEFER, ESQUIRE, an individual, COHEN DOWD QUIGLEY PC, an Arizona Law Firm and Professional Corporation, RONALD J. COHEN, an individual, BETSY LAMM, an individual, DANIEL QUIGLEY, an individual, JENNA BROWNLEE, an individual, BRUCE A. LESLIE, CHTD, A Nevada Firm, BRUCE A. LESLIE, an individual; BROWNSTEIN HYATT FARBER SCHRECK LLP; a Colorado Limited Liability Partnership; SAMUEL A. SCHWARTZ, an individual, and SCHWARTZ LAW, PLLC, and ZACHARIAH LARSON, an individual , and LARSON & ZIRZOW, LLC,

                Defendants.

Case No.  2:24-cv-00397-JCM-NJK

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT BROWNSTEIN HYATT FARBER SCHRECK LLP'S MOTION TO DISMISS AMENDED COMPLAINT**

**(FIRST REQUEST)**

In accordance with Local Rules 7-1 and IA 6-1, Defendant Brownstein Hyatt Farber Schreck LLP ("BHFS") and Plaintiff Fresh Mix, LLC ("Fresh Mix") stipulate and agree as follows:

1. On May 3, 2024, BHFS filed its Motion to Dismiss Fresh Mix's Amended Complaint [ECF No. 46] (the "Motion to Dismiss");

2. On May 17, 2024, Fresh Mix filed its Opposition [ECF No. 71] to the Motion to Dismiss;

3. Presently, BHFS has until May 24, 2024, to file its Reply;

4. Good cause exists for BHFS to obtain additional time to file its Reply. Specifically, BHFS's counsel has existing work-related scheduling conflicts, including work associated with depositions in a state court matter, work for two different clients in pending State Bar disciplinary matters, preparing expert testimony for another client in a State Bar disciplinary matter, and briefing on a lien adjudication motion for a client in a state court matter. Further, given the number of exhibits filed by Fresh Mix with its Opposition to the Motion to Dismiss, together with the number of exhibits filed by Fresh Mix with its Oppositions to other Motions to Dismiss, BHFS's counsel needs additional time to prepare its Reply;

5. Under these circumstances, and as a matter of professional courtesy, BHFS shall have until June 4, 2024 to file its Reply; and

/ / /

/ / /

/ / /

6. This is the first request to extend the deadline for BHFS to file its Reply to the Opposition to its Motion to Dismiss and is sought in good faith and not for purposes of delay.

Dated this 23rd day of May, 2024.   Dated this 23rd day of May, 2024.

BAILEY❖KENNEDY                      LAW OFFICE OF MATTHEW L. SHARP

By: */s/ Joshua P. Gilmore*          By: */s/ Matthew L. Sharp*
   DENNIS L. KENNEDY                    MATTHEW L. SHARP (Bar No. 4746)
   JOSHUA P. GILMORE
   REBECCA L. CROOKER                 - and -

*Attorneys for Defendant*            STEVEN K. EISENBERG (*pro hac vice*)
BROWNSTEIN HYATT FARBER              STERN & EISENBERG, P.C.
SCHRECK LLP

                                     *Attorneys for Plaintiff*
                                     FRESH MIX, LLC


**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Dated: May 24, 2024