**REID RUBINSTEIN & BOGATZ**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
MICHAEL S. KELLEY, ESQ.
Nevada Bar No. 10101
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
mkelley@rrblf.com

**HAYES | WAKAYAMA | JUAN**
CHARLES M. VLASIC III, ESQ.
Nevada Bar No. 11308
5798 S. Durango Drive, Suite 105
Las Vegas, Nevada 89113
Telephone: (702) 656-0808
Facsimile: (702) 655-1047
cvlasic@hwlawnv.com

*Attorneys for Defendants Samuel A. Schwartz, and*
*Schwartz Law, PLLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FRESH MIX, LLC,

Plaintiff,

vs.

PISANELLI BICE, PLLC, a Nevada Law Firm and Professional Limited Liability Company, JAMES P. PISANELLI, ESQUIRE, an individual, DEBRA L. SPINELLI, ESQUIRE, an individual, AVA SCHAEFER, ESQUIRE, an individual, COHEN DOWD QUIGLEY PC, an Arizona Law Firm and Professional Corporation, RONALD J. COHEN, an individual, BETSY LAMM, an individual, DANIEL QUIGLEY, an individual, JENNA BROWNLEE, an individual, BRUCE A. LESLIE, CHTD, a Nevada Firm, BRUCE A. LESLIE, an individual, BROWNSTEIN HYATT FARBER SCHRECK LLP; a Colorado Limited Liability Partnership; SAMUEL A. SCHWARTZ, an individual, and SCHWARTZ LAW, PLLC, and ZACHARIAH LARSON, an individual, and LARSON & ZIRZOW, LLC,

Defendants.

Case No.: 2:24-cv-00397 JCM-NJK

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS SAMUEL A. SCHWARTZ AND SCHWARTZ LAW, PLLC TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS FRESH MIX, LLC'S FIRST AMENDED COMPLAINT**

**(First Request)**

*Left margin vertical text:* REID RUBINSTEIN & BOGATZ — 300 South 4th Street, Suite 830 — Las Vegas, Nevada 89101 — (702) 776-7000 | FAX: (702) 776-7900

Pursuant to Local Rules IA 6-1, 6-2, and 7-1, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Fresh Mix, LLC ("Fresh Mix") and Defendants Samuel A. Schwartz and Schwartz Law, PLLC (collectively "Schwartz"), by and through the undersigned counsel of record, that Schwartz shall have additional time to file a Reply in Support of their Motion to Dismiss Fresh Mix's First Amended Complaint.  Schwartz' Motion to Dismiss (ECF 53) was filed on May 3, 2024, and Fresh Mix's Opposition (ECF 74) was filed on May 17, 2024.  The original deadline for Schwartz to file their Reply, which is May 24, 2024, is hereby extended to June 3, 2024.

Good cause exists for this extension.  Schwartz requires additional time to prepare the Reply in Support of their Motion to Dismiss as the undersigned counsel for Schwartz will be out of the office beginning May 23, 2024, and will not return until May 28, 2024.

This is the first stipulation for an extension of time to file this Reply.  This Stipulation is not made for the purposes of delay.

Dated this 22nd day of May, 2024.

STERN & EISENBERG, PC

By: /s/ *Steven K. Eisenberg*
Steven K. Eisenberg, Esq.
*Admitted Pro Hac Vice*
1581 Main Street, Ste. 200
Warrington, Pennsylvania 18976

MATTHEW L. SHARP, LTD.
Matthew L. Sharp, Esq.
Nevada Bar No. 004746
432 Ridge St.
Reno, Nevada 89502

*Attorneys for Plaintiff Fresh Mix, LLC*

REID RUBINSTEIN & BOGATZ

By: /s/ *I. Scott Bogatz*
I. Scott Bogatz, Esq.
Nevada Bar No. 3367
Michael S. Kelley, Esq.
Nevada Bar No. 10101
300 South 4thStreet, Suite 830
Las Vegas, Nevada 89101

HAYES | WAKAYAMA | JUAN
Charles M. Vlasic III, Esq.
Nevada Bar No. 11308
5798 S. Durango Drive, Suite 105
Las Vegas, Nevada 89113

*Attorneys for Defendants Samuel A. Schwartz, and Schwartz Law, PLLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  May 24, 2024

REID RUBINSTEIN & BOGATZ
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
(702) 776-7000 | FAX: (702) 776-7900