# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRESH MIX, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>PISANELLI BICE, PLLC, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00397-JCM-NJK<br><br>**Order** |

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties must file a joint discovery plan by June 10, 2024.

    IT IS SO ORDERED.

    Dated: June 3, 2024

                                                      Nancy J. Koppe<br>                                                      United States Magistrate Judge