**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| FRESH MIX, LLC, | Case No. 2:24-cv-00397-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 72] |
| PISANELLI BICE, PLLC, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to seal.  Docket No. 72.  For unknown reasons, the motion to seal was itself filed under seal.  *But see, e.g.*, *Allegiant Travel Co. v. Kinzer*, 2022 WL 2819734, at *3 (D. Nev. July 19, 2022).  Moreover, it does not appear that the motion to seal and the exhibits thereto were served on opposing counsel.  *See* Local Rule IA 10-5(d) (requiring paper service of sealed documents pursuant to Local Rule IC 4-1(c)); *but see* Docket No. 72 at 3 (purporting to have completed service through CMECF).  This latter shortcoming is particularly problematic as it is Defendant Brownstein Hyatt (not Plaintiff) who appears to be in possession of the facts needed to show whether sealing is warranted.  *See* Docket No. 72 at 1-2.

Accordingly, Plaintiff is hereby **ORDERED** to file, no later than June 14, 2024, an amended certificate of service showing that its motion to seal and the exhibits thereto were served in compliance with Local Rule IC 4-1(c).  Defendant Brownstein Hyatt is **ORDERED** to file, no later than June 21, 2024, a response either indicating that it does not seek sealing of the subject documents or providing the legal and factual showing required to obtain sealing of the subject documents.

IT IS SO ORDERED.

Dated: June 12, 2024

_____
Nancy J. Koppe
United States Magistrate Judge