# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRESH MIX, LLC,<br>　　　Plaintiff(s),<br>v.<br>PISANELLI BICE, PLLC, et al.,<br>　　　Defendant(s). | Case No. 2:24-cv-00397-JCM-NJK<br>**Order**<br>[Docket No. 107] |

Pending before the Court is a notice of law firm combination. Docket No. 107. The notice indicates that it is being filed pursuant to Rule 1.12(c)(2) of the Nevada Rules of Professional Conduct, *see id.* at 2, but that rule addresses circumstances not described here, *see* Nev. R. Prof. Cond. 1.12(a) ("a lawyer shall not represent anyone in connection with a matter in which the lawyer participated personally and substantially as a judge or other adjudicative officer, or law clerk to such a person or as an arbitrator, mediator or other third-party neutral"). Hence, it is not clear why this notice is being filed with the Court or what action (if any) is being requested of the Court. Accordingly, the Court **STRIKES** the notice.

IT IS SO ORDERED.

Dated: October 24, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge